UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN GRAICHEN
SHARON L. MCNULTY GRAICHEN

    VS.                                         C.A. NO.: 16-cv-00153-S-LDA

WELLS FARGO BANK, NA, ALIAS
FEDERAL HOME LOAN MORTGAGE
CORPORATION, ALIAS AND
HARMON LAW OFFICES, PC, ALIAS

OBJECTION TO MOTION FOR JUDGMENT ON THE PLEADINGS

    Plaintiffs, by their attorney, objects to the Motion for Judgment on the Pleadings on the grounds stated in the Memorandum of Law.

                                            NORMAN GRAICHEN
                                            SHARON L. MCNULTY GRAICHEN
                                            By their Attorney

June 13, 2016

                                            /s/ John B. Ennis
                                            John B. Ennis, Esq. #2135
                                            1200 Reservoir Avenue
                                            Cranston, RI 02920
                                            401-943-9230
                                            jbelaw@aol.com

## CERTIFICATION

      I hereby certify that I emailed a copy of the above Objection to Motion for Judgment on the Pleadings to the following electronically on this 13th day of June, 2016.

David E. Failkow, Esq.
K & L Gates, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
David.fialkow@klgates.com

Scott C. Owens, Esq.
Harmon Law Offices, PC
150 California Street
Newton, MA 02458
sowens@harmonlaw.com

                                            /s/ John B. Ennis